UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN L. PEREZ,

                    Petitioner,

  -against-

MICHAEL ZENK, Warden, et al.,

                    Respondents.
------------------------------------------------------------X

JUDGMENT
04-CV- 5069 (CBA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   APR 2 2 2005   ★

P.M. _____
TIME A.M. _____

     A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 20, 2005, denying the petition for a writ of habeas corpus; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered denying the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       April 21, 2005

                               ROBERT C. HEINEMANN
                               Clerk of Court